UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DWIGHT RICHARD HARRIS, II ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> FOODLOGIC, LLC, FLORENCE ) <br> SENDER, ROBERT ABEL and ) <br> EMANUEL GERARD, ) <br> ) <br> Defendants ) | CIVIL ACTION NO. 05-10621NMG |

## CERTIFICATION

We hereby certify that we have discussed the above action with a view to establishing a budget for the costs of conducting a full course – and various alternative courses – of the litigation, and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: June 1, 2005

_____
Dwight Richard Harris, II

Dated: June 1, 2005

_____
Charles F. Rodman, BBO# 641216
William R. Bagley Jr., BBO# 644575
DUNBAR & RODMAN LLP
One Gateway Center – Suite 405
Newton, MA  02458
(617) 244-3550

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Dated: 6/2/05  _____
Charles F. Rodman