UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DWIGHT RICHARD HARRIS, II, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>FOODLOGIC, L.L.C., FLORENCE )<br>SENDER, ROBERT ABEL and )<br>EMANUEL GERARD, )<br>)<br>*Defendants*. )<br> ) | CIVIL ACTION NO.: 05-10621NMG |

## CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Spencer C. Demetros, counsel for Defendants FoodLogic, L.L.C., Florence Sender, Robert Abel, and Emanuel Gerard, hereby certify that, pursuant to Local Rule 16.1(D)(3), we have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: Boston, Massachusetts
June 2, 2005

DEFENDANTS FOODLOGIC, L.L.C.,
FLORENCE, SENDER, ROBERT ABEL and
EMANUEL GERARD,
By their attorney,

_/s/ Spencer C. Demetros_
Spencer C. Demetros, BBO #558874
Law Offices of Spencer C. Demetros
100 Franklin Street, Suite 901
Boston, MA 02110
(617) 423-9955

For the Defendants:

_____
Florence Sender,
President of Food Logic, L.L.C.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for all parties by mail on June 2, 2005.

_____
Spencer C. Demetros