UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DWIGHT RICHARD HARRIS, II,<br><br>*Plaintiff*,<br><br>v.<br><br>FOODLOGIC, L.L.C., FLORENCE SENDER, ROBERT ABEL and EMANUEL GERARD,<br><br>*Defendants*. | CIVIL ACTION NO.: 05-10621NMG |

**JOINT STATEMENT IN ACCORDANCE WITH RULE 16(B)
OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 16.0**

In accordance with Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1, all of the parties in the above-captioned action – Dwight Richard Harris, II, FoodLogic, LLC, Florence Sender, Robert Abel and Emanuel Gerard (collectively the "Parties") - hereby submit a joint statement detailing their discovery plan, proposed schedule for the filing of motions, and proposed pretrial schedule as follows:

**1. Joint Discovery Plan.**

Since this action arises out of a Massachusetts Superior Court action which was removed at the request of the defendants pursuant to 28 U.S.C. §1446(d), the Parties have already engaged in discovery in accordance with a now expired discovery deadline imposed by the Superior

Court. Accordingly, the Parties have agreed that initial disclosures are not appropriate and are indicating this now as required by Fed. R. Civ. P. 26(a)(1)(E).

### A. Discovery To Be Completed.

The discovery which has not yet been completed but which has been noticed in a timely fashion or otherwise agreed to by the Parties includes the following:

a.  completion of the deposition of the defendant, Florence Sender, and any relevant document discovery reasonably related thereto;

b.  deposition of the defendant, Robert Abel, and any relevant document discovery reasonably related thereto;

c.  deposition of the plaintiff, D. Richard Harris, II, and any relevant document discovery reasonably related thereto;

d.  if agreed to by the parties or if ordered by the Court, supplementation by the defendants of their respective answers to the plaintiff's interrogatories;

e.  if agreed to by the parties or if ordered by the Court, supplementation by the defendants of their respective responses to the plaintiff's requests for production of documents; and

f.  production by the plaintiff of documents as required by Fed. R. Civ. P. 26(a)(1)(B).

### B. Discovery Deadline.

All discovery shall be completed (including all depositions and all discovery motions filed) on or before September 29, 2005.

2. **Joint Proposed Discovery and Pretrial Schedule.**

The Parties propose the following schedule for the completion of discovery, the filing of motions, and other pretrial matters:

- a. As noted above, all discovery completed (including all depositions and all discovery motions filed) on or before September 29, 2005;
- b. Summary judgement motions (if any) filed on or before November 30, 2005;
- c. Final pretrial conference to take place within 30 days of close of discovery or within 30 days after ruling on Rule 56 motions;
- d. Pretrial disclosures and motions *in limine* to be filed on or before one month prior to trial; and
- e. Trial to take place within two months of Final Pretrial Conference.

3. **Certifications Of Counsel And Parties.**

The Parties have agreed to submit their Certifications in two (2) separate documents independent of this Joint Statement.

PLAINTIFF DWIGHT RICHARD HARRIS, II,
By his attorneys,

Dated: June 1, 2005

*Charles J Rodman by scp*

Charles F. Rodman, BBO# 641216
William R. Bagley Jr., BBO# 644575
DUNBAR & RODMAN LLP
One Gateway Center – Suite 405
Newton, MA  02458
(617)244-3550

DEFENDANTS FOODLOGIC, L.L.C., FLORENCE SENDER, ROBERT ABEL and EMANUEL GERARD,
By their attorney,

Dated: June 1, 2005

_____
Spencer C. Demetros, BBO #558874
Law Offices of Spencer C. Demetros
100 Franklin Street, Suite 901
Boston, MA 02110
(617) 423-9955