UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DWIGHT RICHARD HARRIS, II,  )<br>  )<br>  *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>FOODLOGIC, L.L.C., FLORENCE )<br>SENDER, ROBERT ABEL and  )<br>EMANUEL GERARD,  )<br>  )<br>  *Defendants*.  )<br>  )  | CIVIL ACTION NO.: 05-10621NMG |

### CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Spencer C. Demetros, counsel for Defendants, and Defendant Emanuel Gerard hereby certify that, pursuant to Local Rule 16.1(D)(3), we have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: Boston, Massachusetts
      June 15, 2005

DEFENDANTS FOODLOGIC, L.L.C.,
FLORENCE, SENDER, ROBERT ABEL and
EMANUEL GERARD,
By their attorney,

_____
Spencer C. Demetros, BBO #558874
Law Offices of Spencer C. Demetros
100 Franklin Street, Suite 901
Boston, MA 02110
(617) 423-9955


Emanuel Gerard

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for all parties by mail on June ~~15, 2005.~~ 15, 2005

Spencer C. Demetros