```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

                                    FILED
                                 CLERKS OFFICE
                                 2006 MAR 13 P 2:16
                                 U.S. DISTRICT COURT
                                 DISTRICT OF MASS

|                              |   |                              |
|---|---|---|
| DWIGHT RICHARD HARRIS, II    | ) |                              |
|                              | ) |                              |
|            Plaintiff         | ) |                              |
|                              | ) |                              |
| v.                           | ) |                              |
|                              | ) | CIVIL ACTION NO. 05-10621NMG |
| FOODLOGIC, LLC, FLORENCE     | ) |                              |
| SENDER, ROBERT ABEL and      | ) |                              |
| EMANUEL GERARD,              | ) |                              |
|                              | ) |                              |
|            Defendants        | ) |                              |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Dwight Richard Harris, II, and the defendants, FoodLogic, LLC, Florence Sender, Robert Abel and Emanuel Gerard, hereby stipulate to the dismissal of ALL claims and counterclaims between them, whether asserted or unasserted, with prejudice, without costs and with all right of appeal waived.

*This Space Is Intentionally Blank*

Respectfully executed by:

>DWIGHT RICHARD HARRIS, II,
>
>By his attorneys,

Dated: 11-10-05

>Charles F. Rodman, BBO# 641216
>William R. Bagley Jr., BBO# 644575
>DUNBAR & RODMAN LLP
>One Gateway Center - Suite 405
>Newton, MA  02458
>(617)244-3550

>FOODLOGIC, LLC, FLORENCE SENDER,
>EMANUEL GERARD and ROBERT ABEL,
>
>By their attorney,

Dated: 12-6-05

>Spencer C. Demetros, BBO#558874
>Law Offices of Spencer C. Demetros
>100 Franklin Street, Suite 901
>Boston, MA 02110
>(617)423-9955